PRIMO OUTFITTING CO., INC., Appellant, *v.* GLENS FALLS INSURANCE COMPANY, Respondent.

Submitted April 10, 1946; decided May 29, 1946.

*Joseph H. Sand* and *Milton Berelson* for appellant.
*Joseph F. Murray* and *Edward L. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.